**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 19-40-DLB-MAS**
**CIVIL ACTION NO. 20-132-DLB-MAS**

**UNITED STATES OF AMERICA**            **PLAINTIFF**

v.      **ORDER ADOPTING REPORT AND RECOMMENDATION**

**ROBERT RAMONE POE**            **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the February 26, 2021 Report and Recommendation ("R&R") of United States Magistrate Judge Matthew A. Stinnett (Doc. # 39), wherein he recommends that Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 31) be denied.  No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration.  The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

    **IT IS ORDERED** as follows:

    (1)    The Magistrate Judge's R&R (Doc. # 39) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

    (2)    The Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 31) is hereby **DENIED**;

(3)  For the reasons set forth in the Magistrate Judge's R&R (Doc. # 39), the Court determines that there would be no arguable merit for an appeal in this matter, and therefore, **no certificate of appealability shall issue**; and

(4)  A separate Judgment will be filed concurrently herewith.

This 2nd day of April, 2021.



Signed By:
*David L. Bunning*
United States District Judge

J:\DATA\ORDERS\Covington Criminal\2019\19-40 Order Adopting R&R.docx